UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JETBROKERS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:06CV1291 CDP |
| | ) |
| SELECT MEDICAL CORP., | ) |
| | ) |
| Defendant. | ) |

**ORDER**

Upon due consideration,

**IT IS HEREBY ORDERED** that defendant's request for presentation of oral argument in connection with its motion to dismiss [#14] is granted. A hearing on the motion to dismiss plaintiff's first amended complaint will be held before the undersigned on **December 14, 2006 at 10:30 a.m.** Any counsel may participate in the hearing by telephone, if counsel notifies the office of the undersigned of his or her intent to do so at least twenty-four (24) hours in advance of the scheduled hearing. Any counsel requesting telephone participation must provide the telephone number where counsel will be reached for the hearing.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this  day of December, 2006.